*United States Bankruptcy Administrator*
*For the Western District of North Carolina*
*402 West Trade Street, Suite 200*
*Charlotte, North Carolina 28202-1669*

*Linda W. Simpson*
*Bankruptcy Administrator*

*Telephone (704) 350-7587*
*Facsimile (704) 344-6666*

January 19, 2010

United States Bankruptcy Court
Western District of North Carolina
Charlotte Division
PO Box 34189
Charlotte, NC 28234-4189

    Re:    Creditors' Committee
            Case Name:   Reginald T. Hubbard and Iris S. Hubbard
            Case No.:     09-33492

Dear Sir/Madam:

    Enclosed please find the responses received by this office to the Notice to Creditors Holding Twenty Largest Unsecured Claims. Because only one of the creditors listed on the list of the twenty largest has accepted appointment, no committee will be appointed at this time. I will notify you in the event other creditors express interest and a committee can be formed.

    Thank you for your time and attention to this matter.

                                  Very truly yours,

                                  Linda W. Simpson
                                  Bankruptcy Administrator

ses
Encl.

cc:    Angela Mauldin

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE: ) Case No.: 09-33492
) Chapter 11
REGINALD T. HUBBARD and )
IRIS S. HUBBARD )
)
TAX ID #: xxx-xx-8914 )
xxx-xx-9971 )
)
)
Debtor(s) )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

[X] Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

[ ] Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Angela N. Mauldin
Name of Representative: Angela N. Mauldin
Address of Representative: 8101 Willow Branch Dr.
Waxhaw NC 28173

Amount of Claim: $ Over 10,000 -
Type of Claim: Child Support

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Mother of child

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: 704.441.8423
Dated: 12/21/09

_____
Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.

DEC 22 '09 PM 12:50 RCV

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 09-33492 |
| | Chapter 11 |
| REGINALD T. HUBBARD and | |
| IRIS S. HUBBARD | |
| | |
| TAX ID #:  xxx-xx-8914 | |
| xxx-xx-9971 | |
| | |
| Debtor(s) | |

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

☐ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☒ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Parker Poe Adams & Bernstein LLP

Name of Representative: John R. Hairr III

Address of Representative: Three Wachoiva Center
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202

Amount of Claim: $ To be determined

Type of Claim: Unsecured

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Creditor

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: 704-335-9070

Dated: 1/11/10

Signature: *Parker Poe Adams & Bernstein LLP By: John Hairr, Partner*

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.

Ms. Angela Mauldin
8101 Willow Branch Dr.
Waxhaw, NC 28173-7039

I ♥ St. Jude!

Office of the Bankruptcy Administrator
402 W. Trade Street Ste 200
Charlotte NC 28202-1669

Parker Poe

Office of the Bankruptcy Administrator
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1669